**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1501**

SANJEEV MALHOTRA,

Plaintiff - Appellant,

versus

WATERGATE AT LANDMARK (WAL) CONDOMINIUM
ASSOCIATION, WAL Board of Directors and/or its
assignees,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:05-cv-00076-LMB)

Submitted: October 12, 2007      Decided: October 23, 2007

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sanjeev Malhotra, Appellant Pro Se. Michael Curtis Gartner, WHITEFORD, TAYLOR & PRESTON, LLP, Falls Church, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sanjeev Malhotra appeals the district court's orders denying his motions to reopen and for sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Malhotra v. Watergate at Landmark Condo. Assoc.</u>, No. 1:05-cv-00076-LMB (E.D. Va. Apr. 4 & 6, 2007). We deny Appellee's motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>